**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                                      (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this

Official Form 205

# Involuntary Petition Against a Non-Individual                                      12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Oak HRC New Castle, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   32 Buena Vista Drive
   Number    Street

   _____

   New Castle              DE    19720
   City                    State  ZIP Code

   New Castle
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____    ____  ____
   City                      State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____    ____  ____
   City                      State  ZIP Code

Debtor  __Oak HRC New Castle, LLC_____                Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | http://newcastle-health.com |

| | | |
|---|---|---|
| 7. | **Type of debtor** | [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | [ ] Partnership (excluding LLP) |
| | | [ ] Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | [X] Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | [ ] Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | [ ] None of the types of business listed. |
| | | [ ] Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | [X] No |
| | | [ ] Yes. Debtor _____  Relationship _____ |
| | |       District _____ Date filed _____ Case number, if known _____ |
| | |                                                             MM / DD / YYYY |
| | |       Debtor _____  Relationship _____ |
| | |       District _____ Date filed _____ Case number, if known _____ |
| | |                                                             MM / DD / YYYY |

## Part 3:  Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | [X] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | [X] No |
| | | [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                      Involuntary Petition Against a Non-Individual                      page 2

SL1 1500687

Debtor: Oak HRC New Castle, LLC
Name

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Healthcare Services Group, Inc. | Trade | $ 164,712.80 |
| McKesson Medical-Surgical Minnesota Supply Inc. | Trade | $ 63,291.25 |
| Medline Industries, Inc. | Trade | $ 34,524.76 |
| | Total of petitioners' claims | $ 262,528.81 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Healthcare Services Group, Inc.
Name

3220 Tillman Drive, Suite 300
Number  Street

Bensalem          PA          19020
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Patrick Orr
Name

3220 Tillman Drive, Suite 300
Number  Street

Bensalem          PA          19020
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1  /  11  /  2018
              MM / DD / YYYY

X _____, SVP
Signature of petitioner or representative, including representative's title

### Attorneys

Joseph H. Huston, Jr.
Printed name

Stevens & Lee, P.C.
Firm name, if any

919 North Market Street, Suite 1300
Number  Street

Wilmington        DE          19801
City              State       ZIP Code

Contact phone (302) 425-3310   Email jhh@stevenslee.com

Bar number  4035

State  DE

X /s/ Joseph H. Huston, Jr.
Signature of attorney

Date signed  1/12/2018
             MM / DD / YYYY

Debtor   Oak HRC New Castle, LLC
         _____
         Name

Case number (if known) _____

### Name and mailing address of petitioner

Medline Industries, Inc.
Name

Three Lakes Drive
Number   Street

Northfield          IL          60093
City                State       ZIP Code

### Name and mailing address of petitioner's representative, if any

Shane Reed
Name

Three Lakes Drive
Number   Street

Northfield          IL          60093
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1-11-18
              MM / DD / YYYY

X  [signature]   Director A/R Svcs
Signature of petitioner or representative, including representative's title

Joseph H. Huston, Jr.
Printed name

Stevens & Lee, P.C.
Firm name, if any

919 North Market Street, Suite 1300
Number   Street

Wilmington          DE          19801
City                State       ZIP Code

Contact phone  (302) 425-3310   Email jhh@stevenslee.com

Bar number     4035

State          DE

X  /s/ Joseph H. Huston, Jr.
Signature of attorney

Date signed    1/12/2018
               MM / DD / YYYY

---

### Name and mailing address of petitioner

McKesson Medical-Surgical Minnesota Supply Inc.
Name

One Post Street
Number   Street

San Francisco       CA          94104
City                State       ZIP Code

### Name and mailing address of petitioner's representative, if any

Melanie Brewer
Name

4345 Southpoint Boulevard #110
Number   Street

Jacksonville        FL          32216
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____
              MM / DD / YYYY

X  _____
Signature of petitioner or representative, including representative's title

Joseph H. Huston, Jr.
Printed name

Stevens & Lee, P.C.
Firm name, if any

919 North Market Street, Suite 1300
Number   Street

Wilmington          DE          19801
City                State       ZIP Code

Contact phone  (302) 425-3310   Email jhh@stevenslee.com

Bar number     4035

State          DE

X  _____
Signature of attorney

Date signed    _____
               MM / DD / YYYY

| Debtor | Oak HRC New Castle, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

Medline Industries, Inc.
Name

Three Lakes Drive
Number   Street

| Northfield | IL | 60093 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Shane Reed
Name

Three Lakes Drive
Number   Street

| Northfield | IL | 60093 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Joseph H. Huston, Jr.
Printed name

Stevens & Lee, P.C.
Firm name, if any

919 North Market Street, Suite 1300
Number   Street

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  (302) 425-3310   Email jhh@stevenslee.com

Bar number   4035

State   DE

X _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

McKesson Medical-Surgical Minnesota Supply Inc.
Name

One Post Street
Number   Street

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Melanie Brewer
Name

4345 Southpoint Boulevard #110
Number   Street

| Jacksonville | FL | 32216 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/11/2018
              MM / DD / YYYY

X _(signature)_ Credit Manager
Signature of petitioner or representative, including representative's title

Joseph H. Huston, Jr.
Printed name

Stevens & Lee, P.C.
Firm name, if any

919 North Market Street, Suite 1300
Number   Street

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  (302) 425-3310   Email jhh@stevenslee.com

Bar number   4035

State   DE

X   Joseph H. Huston, Jr.
Signature of attorney

Date signed   1/12/2018
              MM / DD / YYYY