# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OAK HRC NEW CASTLE, LLC,<br><br>          Alleged Debtor. | Chapter 11<br><br>Case No. 18-10074<br><br>**Ref. Docket Nos. 1, 9 and 13** |

## THIRD ORDER FURTHER EXTENDING DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO INVOLUNTARY PETITION

This matter came before the Court upon the *Involuntary Petition* [Dkt. No. 1] filed by the Petitioning Creditors[1] in the above-captioned involuntary bankruptcy case. This Court has previously entered two Orders extending the deadline to answer or otherwise respond to the Involuntary Petition to and including February 16, 2018 [Dkt. No. 9] and subsequently to and including March 2, 2018 [Dkt. No. 13]. Based upon the Certification of Counsel at Docket No. 14 and the entire record before the Court:

IT IS ORDERED that:

1. The deadline for the Alleged Debtor and, to the extent that they are determined to be entitled to do so, the Receiver and the Landlord (as defined in the Certification of Counsel), to answer, move or otherwise respond to the Involuntary Petition is further extended through and including April 2, 2018.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: March 2, 2018

                                                                Honorable Kevin Gross
                                                                 United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Certification of Counsel.

3